### EAST END LUMBER CO v BENNETT et

Ohio Appeals, 1st Dist, Hamilton Co

No 4123. Decided April 24, 1933

## NOAKER et v UNITED STATES FIDELITY & GUARANTY CO

Ohio Appeals, 6th Dist, Lucas Co

No 2876.  Decided Dec 11, 1933

Alfred J. Croll, Toledo, for plaintiffs in error.

E. P. Buckenmyer, Toledo, for defendant in error.

Kunkel & Kunkel, Cincinnati, for plaintiff.

Maxwell & Ramsey, Cincinnati, Nichols, Morrill, Wood, Marx & Ginter, Cincinnati, Britton & Britton, Batavia, and David V. Attig, Cincinnati, for defendants.

For full opinion see 39 OLR 283; 187 NE 786; 46 Oh Ap 104.